GREENBERG TRAURIG LLP
200 Park Avenue, P.O. Box 677
Florham Park, NJ 07932
(973) 360-7957
Attorneys For Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARREN PASTERNACK and SUSAN PASTERNACK, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFELOCK, INC., a Delaware Corporation; RICHARD TODD DAVIS, a citizen of the State of Arizona, and JOHN DOES 1 through 10, Inclusive,<br><br>Defendants. | Civil Action No. 08-cv-02098 (FLW)(JJH)<br><br>Document Filed Electronically<br><br>**NOTICE OF TRANSFER AND CONSOLIDATION IN MDL** |

  PLEASE TAKE NOTICE that, on October 17, 2008, the Judicial Panel on Multidistrict Litigation ("JPML") issued a Transfer Order in MDL 1977, entitled *In Re: LifeLock, Inc. Marketing and Sales Practice Litigation* ("MDL 1977"). The Transfer Order consolidates and transfers "all related actions" to the Honorable Mary H. Murguia in the United States District Court for the District of Arizona for pre-trial purposes. A true and accurate copy of the JPML's Transfer Order is attached hereto as **Exhibit A**. The above-captioned action is one of the related actions listed on the Transfer Order's Schedule A and thus will be transferred to the District of Arizona and assigned to the Honorable Mary H. Murguia for coordinated or consolidated pretrial proceedings.

                GREENBERG TRAURIG, LLP
                200 Park Avenue; P.O. Box 677
                Florham Park, NJ  07932
                (973) 360-7957

                BY:  /s/ *Roger B. Kaplan*
                Roger Kaplan, Esq. (RK-6985)
                *Attorneys for Defendants*

# Exhibit A

*NY 239,181,196v1 10-22-08*

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Oct 17, 2008

FILED
CLERK'S OFFICE

IN RE: LIFELOCK, INC., MARKETING
AND SALES PRACTICES LITIGATION         MDL No. 1977

**TRANSFER ORDER**

    **Before the entire Panel**: Now before the Panel is a motion brought, pursuant to 28 U.S.C. § 1407, by defendants LifeLock, Inc. (LifeLock) and Richard Todd Davis for coordinated or consolidated pretrial proceedings of the nine actions listed on Schedule A. The motion encompasses two actions in the District of New Jersey and one action each in the District of Arizona, Central District of California, Southern District of Florida, Northern District of Illinois, District of Maryland, Eastern District of Texas, and Southern District of West Virginia.[1]

    Moving defendants seek centralization in the District of Arizona. Plaintiffs in the District of Arizona action, one District of New Jersey action, the related District of Arizona action and the related Central District of California action have responded in support of the motion. Plaintiff in the related Northern District of Illinois action supports centralization but suggests the Northern District of Illinois as the transferee district.

    On the basis of the papers filed and hearing session held, we find that these nine actions involve common questions of fact, and that centralization under Section 1407 in the District of Arizona will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share allegations concerning the marketing, advertising and service guarantee offered by common defendant LifeLock. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, particularly with respect to class certification issues; and conserve the resources of the parties, their counsel and the judiciary.

    The District of Arizona stands out as the appropriate transferee forum. Two actions are already pending in the District of Arizona, and both moving defendants, and, with one exception, responding plaintiffs support centralization in this district. Also, given that common defendant LifeLock has its corporate headquarters in Arizona, relevant documents and witnesses will likely be found there.

---

    [1] The parties have notified the Panel of three related actions pending, respectively, in the District of Arizona, the Central District of California and the Northern District of Illinois. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Arizona are transferred to the District of Arizona and, with the consent of that court, assigned to the Honorable Mary H. Murguia for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending in that district.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| J. Frederick Motz | Robert L. Miller, Jr. |
| Kathryn H. Vratil | David R. Hansen |
| W. Royal Furgeson, Jr. | |

IN RE: LIFELOCK, INC., MARKETING AND
SALES PRACTICES LITIGATION                           MDL No. 1977

## SCHEDULE A

    District of Arizona

Byrl Lane v. LifeLock, Inc., C.A. No. 2:08-594

    Central District of California

Robert Dillon v. LifeLock, Inc., et al., C.A. No. 2:08-4515

    Southern District of Florida

Vilma Martinez-Azoy v. LifeLock, Inc., et al., C.A. No. 1:08-21989

    Northern District of Illinois

James Kondrat, et al. v. LifeLock, Inc., C.A. No. 1:08-3244

    District of Maryland

Gerald Falke, et al. v. LifeLock, Inc., et al., C.A. No. 1:08-1351

    District of New Jersey

Jason Sbalcio v. LifeLock, Inc., C.A. No. 1:08-2799
Warren Pasternack, et al. v. LifeLock, Inc., et al., C.A. No. 3:08-2098

    Eastern District of Texas

Tommy Ly v. LifeLock, Inc., et al., C.A. No. 2:08-242

    Southern District of West Virginia

Kevin Gerhold v. LifeLock, Inc., et al., C.A. No. 2:08-857